IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>DANTONIO DANIELS,<br><br>Defendant | NO. 3: 08-CR-12 (CAR)<br><br>RE: VIOLATION OF CONDITIONS OF RELEASE |

## ORDER OF REVOCATION AND DETENTION

    Defendant DANTONIO DANIELS, represented by legal counsel Mr. Reza Sedghi of the Macon Bar, this day appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** dated October 8, 2008, and filed by U.S. Probation Officer Amanda M. LaMotte.  The government was represented by Assistant U.S. Attorney George Christian.  The defendant admitted the violation set forth in numbered paragraph 2 of Ms. LaMotte's petition; upon consideration of the proffers of the parties, the court also finds that the defendant has violated conditions of pretrial release as alleged in numbered paragraph 1. The court further finds that there are no conditions or combination of conditions which could be imposed upon defendant Daniels which would insure that he would not continue to violate the law, thus posing a threat to the community.

    Accordingly, **IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered May 29, 2008, be, and it is, **REVOKED** and that the defendant be **DETAINED**.  Defendant Daniels is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility pending disposition of his case. He shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    SO ORDERED, this 17th day of OCTOBER, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE